# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 318

| | |
|---|---|
| DAVID WATKINS and MAUREEN WATKINS, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| V | )     **ORDER** |
| | ) |
| SOPREMA, INC. an Ohio Corporation doing business in N.C.; and ELASTIKOTE, LLC, an Ohio Limited Liability Company, | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on Steven A. Meckler's Application for Admission to Practice *Pro Hac Vice* of Daniel A. Richards. It appearing that Daniel A. Richards is a member in good standing with the Ohio State Bar and will be appearing with Steven A. Meckler, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Steven A. Meckler's Application for Admission to Practice *Pro Hac Vice* (#14) of Daniel A. Richards is **GRANTED**, and that Daniel A. Richards is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Steven A. Meckler.

Signed: November 1, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge