IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv318

| | | |
|---|---|---|
| DAVID WATKINS and MAUREEN WATKINS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SOPREMA, INC., an Ohio Corporation doing business in N.C.; and ELASTIKOTE, LLC, an Ohio Limited Liability Company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is Plaintiffs' Motion for Extension of Time for Rule 26(f) Conference [# 17] and Motion for Extension of Time to Respond to Motion to Dismiss [# 18]. For good cause shown, the Court **GRANTS** the motions [# 17 & # 18]. The Court extends the time for conducting the Rule 26(f) Conference to November 16, 2012. Plaintiffs shall have until November 19, 2012, to file a response to the Motion to Dismiss.

-1-

Signed: November 7, 2012

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge