# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12-cv-00318-MR-DLH

| | |
|---|---|
| DAVID WATKINS and MAUREEN WATKINS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| SOPREMA, INC. an Ohio Corporation ) doing business in N.C.; and ) ELASTIKOTE, LLC, an Ohio Limited ) Liability Company, ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 19, 2012, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before July 15, 2013. [Doc. 22]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: August 15, 2013

Martin Reidinger
United States District Judge