# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| David Watkins et al | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00318-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Soprema, Inc. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2014 Memorandum Order and Opinion.

March 27, 2014

Frank G. Johns, Clerk
United States District Court